16689-051
Number/Alien Registration Number

FCI Loretto
Place of Confinement

P.O. Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

**RECEIVED**
NOV 1 2 2024
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

15JF
#3
NO FEE/NO IFP

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Greudy Santos Disla
(Full Name of Petitioner)

           Petitioner,

) Case No. 3:24-cv-267
) (To be supplied by Clerk)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody
)

Michael Underwood, VS Warden

(Name of Warden, Jailor or authorized person having custody of Petitioner)

           Respondent.

PETITION

1. What are you challenging in this petition?
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Immigration detention
   ☐ Probation, parole or supervised release
   ☒ Other (explain): I am challenging the denial of FSA earned time credits (ETC's) by the BOP

2. (a) Name and location of the agency or court that made the decision you are challenging: Office of General Counsel; 320 First St, NW; Washington DC 20534

   (b) Case or opinion number: 1199003

   (c) Decision made by the agency or court: Ineligible due to charge (21 USC §841(b)(1)(A) possession with intent to distribute heroin and fentanyl

1

    (d) Date of the decision: _____8/26/24_____

3.    Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

If yes, answer the following:

(a) First appeal: BP-8

    (1) Name of the agency or court: __FCI Loretto__

    (2) Date you filed: __4/25/24__

    (3) Opinion or case number: __n/a__

    (4) Result: __Denied due to ineligible code__

    (5) Date of result: __4/29/24__

    (6) Issues raised: __See Exhibit 1__

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal: BP-9

    (1) Name of the agency or court: __FCI Loretto__

    (2) Date you filed: __5/1/24__

    (3) Opinion or case number: __1199003__

    (4) Result: __Denied due to ineligible code__

    (5) Date of result: __5/22/24__

    (6) Issues raised: __See Exhibit 2__

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal: BP-10

    (1) Name of the agency or court: __BOP Regional Office__

    (2) Date you filed: _____6/21/24_____

    (3) Opinion or case number: __1199003__

    (4) Result: _____Untimely_____

    (5) Date of result: _____7-5-24_____

    (6) Issues raised: _See Exhibit 3. Resubmitted on 7/10/24 See Exhibit 4 and rejected as untimely even though it was timely._

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: __n/a__

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
    Yes ☒
    No ☐

    If yes, answer the following:   BP-11

    (a) Name of the agency or court: __BOP Central Office__

    (b) Date you filed: _____7/25/24_____

    (c) Opinion or case number: __1199003__

    (d) Result: _Should have filed at Regional Office_

    (e) Date of result: _____8/26/24_____

    (f) Issues raised: _____See Exhibit 5_____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: <u>The Petitioner is being denied the application of FSA ETC's by an arbitrary decision on the part of the BOP. The BOP continues to interpret statutes to fit its needs rather than Congress' intent. The recent Supreme Court dicision in Loper-Bright v Raimondo, Case no. 22-451 (2024) prohibits such interpretation.</u>

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): see Affidavit

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☐

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

GROUND TWO: __n/a__

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to: n/a

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: n/a

GROUND THREE: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐  n/a

(c) If yes, did you present the issue to:  n/a
   ☐ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
   n/a

GROUND FOUR: ___ n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
   n/a

7

_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐ n/a

(c) If yes, did you present the issue to:    n/a
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: n/a

_____
_____
_____
_____
_____
_____
_____

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☒

        If yes, answer the following:

        (1) Name of court: _____ n/a _____

        (2) Case number: _____ n/a _____

        (3) Opinion or case number: _____ n/a _____

        (4) Result: _____ n/a _____

        (5) Date of result: _____ n/a _____

    (6) Issues raised: __n/a_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Explain why the remedy under § 2255 is inadequate or ineffective: __Time bared__
_____ Time __
_____

8. If this case concerns immigration removal proceedings, answer the following:    n/a

  (a) Date you were taken into immigration custody: __n/a_____

  (b) Date of removal or reinstatement order: __n/a_____

  (c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐  n/a

    (1) Date you filed: __n/a_____

    (2) Case number: __n/a_____

    (3) Result: __n/a_____

    (4) Date of result: __n/a_____

    (5) Issues raised: __n/a_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(d) Did you file an appeal with the federal court of appeals?  n/a
Yes ☐ No ☐

    (1) Name of the court: __n/a_____

    (2) Date you filed: __n/a_____

    (3) Case number: __n/a_____

    (4) Result: __n/a_____

(5) Date of result: _____ n/a _____

(6) Issues raised: _____ n/a _____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: <u>Given what has been said, and the arbitrary and capricious decision by the BOP, the Petitioner believes his Fifth Amendment right to due process as well as his liberty interest has been violated. Therefore, he ask the Court to ORDER the Respondent to answer within 30 days as to why relief pursuant to 28 USC §2241 should not be granted.</u>

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on <u>November 5, 2024</u> (month, day, year).

_Orlando DiSanto Disla_
Signature of Petitioner

_____ n/a _____
Signature of attorney, if any        Date

10